UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| ROBERT M. KOLVEK, | : | CASE NO. 5:19-cv-00107 |
| Petitioner, | : | OPINION & ORDER |
|  | : | [Resolving Doc. 1] |
| v. | : |  |
| WARDEN LASHANN EPPINGER, | : |  |
| Defendant. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Petitioner Robert M. Kolvek seeks a writ of habeas corpus under 28 U.S.C. § 2254.

Under Local Rule 72.2(b), this case was automatically referred to a Magistrate Judge for a Report and Recommendation.[1] On September 4, 2020 Magistrate Judge Jonathan D. Greenberg issued a Report and Recommendation, recommending this Court dismiss in part and deny in part Kolvek's habeas petition.[2] The parties had until September 18, 2020 to object to the Report and Recommendation.[3] Neither party objected.

Because neither party objected, the Court could adopt the Report and Recommendation without review.[4] Still, the Court reviewed the Report and Recommendation and agrees with Magistrate Judge Greenberg's determinations. The Court agrees that Petitioner's first and fourth assignments of error are procedurally defaulted.

---

[1] Local Rule 72.2(b)
[2] Doc. 13.
[3] 28 U.S.C. § 636(b)(1); Local Rule 72.3(b). On September 18, 2020, Petitioner moved for additional time to file objections. Doc. 14. The Court did not grant Petitioner's motion.
[4] *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–53 (1985); *U.S. v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 5:19-cv-00107
GWIN, J.

Moreover, the Court agrees that Petitioner's ineffective assistance of counsel claims, assignments of error five through seven, fail on the merits.

Accordingly, the Court **ADOPTS** Magistrate Judge Greenberg's Report and Recommendation, and **DISMISSES in part** and **DENIES in part** Kolvek's habeas petition.

IT IS SO ORDERED.

Dated: June 1, 2021    *s/    James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE